UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James A. Anderson,

Plaintiffs,

Civil File No.:  06-CV-5028
[PGS/JJG]

v.

John S. Spreiter, Mary E. Spreiter, Home
State Bank, a Minnesota corporation, CJB, LLC,
a Minnesota limited liability company,
Banken Real Estate Investments, LLC,
a Minnesota limited liability company,
and Chad Banken,

Defendants.

## AFFIDAVIT OF CHAD BANKEN

Chad Banken, being first duly sworn on oath, deposes and says as follows:

1.     I am a member of CJB, LLC and Banken Real Estate Investments, LLC.

2.     CJB, LLC, Banken Real Estate Investments, LLC and myself intended the

transaction in this matter to be a sale and not a loan.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Chad Banken

Subscribed and sworn to before me
this  30th  day of November, 2007.

Notary Public

CHRISTINE L CONATI
Notary Public
Minnesota
My Commission Expires January 31, 2010