# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| JAMES A. ANDERSON, | ) COURT MINUTES – CIVIL |
| | ) BEFORE:  JEANNE J. GRAHAM |
| Plaintiff, | ) U.S. MAGISTRATE JUDGE |
| | ) |
| v. | ) Case No:    CV 06-5028 (PJS/JJG) |
| | ) Date:    January 15, 2009 |
| | ) Courtroom:    None – By telephone |
| JOHN S. SPREITER, MARY E. SPREITER, | ) Recording:    None |
| HOME STATE BANK, CJB, LLC and BANKEN | ) Time Commenced:    11:36 AM |
| REAL ESTATE INVESTMENTS, LLC, | ) Time Concluded:    12:11 PM |
| | ) Time in Court:    39 Minutes |
| Defendants. | ) |
| | ) |

Hearing on: **SETTLEMENT CONFERENCE**

### APPEARANCES:

    Plaintiff:    Michael T. Kallas

    Defendant:    Barton C. Gernander for defendants John and Mary Spreiter and Home State Bank

### PROCEEDINGS:

✔    Discussion of settlement and settlement documents.  Any supplemental submissions, if necessary, shall be filed by January 21, 2009, by 5:00 PM.  Otherwise, the court shall rule on the documents submitted as to the material terms.  All parties agreed.

**Other Remarks:**

    s/ *Judith M. Kirby*
    Judicial Assistant