# KALLAS & ASSOCIATES Ltd
ATTORNEYS AT LAW

SUITE 652
4940 VIKING DRIVE
EDINA, MN 55435-5318
TELEPHONE:  (952) 832-9352
FAX:  (952) 832-9365
www.kallas-law.com

MICHAEL T. KALLAS
ATTORNEY
(952) 820-0820
mkallas@kallas-law.com

February 16, 2009

**Via Electronic Case Filing**

Court Administrator
United States District Court
U.S. Courthouse, Courtroom 3B
316 North Robert Street
St. Paul, MN  55101

**RE:**   **James A. Anderson v John S. Spreiter,** *et al.*
**Court File No. 06-CV-5028**
**Hon. Jeanne J. Graham**

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter please find our Dismissal With Prejudice.

We understand the court is presently holding $1,650 in its account.  Please arrange for remittance of that amount payable to John S. Spreiter and Mary E. Spreiter.  This payment should be sent as follows:

> Hellmuth & Johnson PLLC
> 10400 Viking Drive, Suite 500
> Eden Prairie, MN  55344

Please contact me with any questions or concerns.

Very truly yours,

KALLAS & ASSOCIATES LTD

/s/

Michael T. Kallas
Attorney at Law

MTK/srk
Enclosure

cc:   James Anderson (w/enclosure)
      Barton C. Gernander, Esq. (w/enclosure)
      Jack Pierce, Esq. (w/enclosure)

H:\LRE\A107-0601\A107-0601-0129.doc