## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| James A. Anderson, | Case No. 06-CV-5028 |
| | [PGS/JJG] |
| Plaintiff, | |
| vs. | |
| John S. Spreiter, Mary E. Spreiter, Home State Bank, a Minnesota corporation, CJB, LLC, a Minnesota limited liability company, Banken Real Estate Investments, LLC, a Minnesota limited liability company, and Chad Banken, | **DISMISSAL WITH PREJUDICE AND ORDER** |
| Defendants. | |

Plaintiff James A. Anderson, by the undersigned, hereby dismisses all of the Plaintiff's claims against the Defendants in the above-entitled action with prejudice and without cost or expense to any party.

Dated this 16th day of February, 2009.

KALLAS & ASSOCIATES, LTD.

By: */s/ Michael T. Kallas*
Michael T. Kallas, #159499
4940 Viking Drive, Suite 652
Edina, MN 55435
Telephone:  (952) 832-9352
Facsimile:  (952) 832-9365

ATTORNEYS FOR PLAINTIFF

ORDER

Pursuant to the foregoing Dismissal, the Plaintiff's claims against the Defendants in the above-entitled action are hereby dismissed with prejudice and without cost or expense to any party.

BY THE COURT:

Dated: _____, 2009    _____
Judge of District Court

H:\LRE\A107-0601\A107-0601-0131.doc