UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES A. ANDERSON,

          Plaintiff,

v.

JOHN S. SPREITER, MARY E. SPREITER,
HOME STATE BANK, CJB, LLC and
BANKEN REAL ESTATE INVESTMENTS,
LLC,

          Defendants.

CIVIL NO. 06-5028 (PJS/JJG)

**ORDER**

The parties came before the undersigned for a settlement conference. As a part of the settlement, the parties agreed to deposit $1,650.00 in escrow with the Clerk of Court, pending completion of the settlement documents. On February 11, 2009, defense counsel transmitted the fully-executed Contract for Deed between the parties to plaintiff's counsel (Doc. No. 51) and requested payment of all funds held in escrow by the Clerk of Court.

Based upon the all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Clerk of Court shall pay the $1,650.00 plus any accrued interest to John S. Spreiter, Mary E. Spreiter and Home State Bank.

2. The check representing the proceeds of the escrow account shall be mailed to the parties, through their attorney, Barton C. Gernander, Hellmuth & Johnson PLLC, 10400 Viking Drive, Suite 500, Eden Prairie, MN 55344.

Dated: February 17, 2009

   s/ *Jeanne J. Graham*
JEANNE J. GRAHAM
United States Magistrate Judge