# KALLAS & ASSOCIATES Ltd
ATTORNEYS AT LAW

SUITE 652
4940 VIKING DRIVE
EDINA, MN 55435-5318
TELEPHONE: (952) 832-9352
FAX: (952) 832-9365
www.kallas-law.com

MICHAEL T. KALLAS
ATTORNEY
(952) 820-0820
mkallas@kallas-law.com

**Via Electronic Case Filing**

Court Administrator
United States District Court
U.S. Courthouse, Courtroom 3B
316 North Robert Street
St. Paul, MN  55101

**RE:** **James A. Anderson v John S. Spreiter, et al**
**Court File No. 06-CV-5028**
**Hon. Jeanne J. Graham**

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter please find the signed Stipulation of Dismissal with Prejudice and Order.  Following receipt of the signatures from opposing counsel, we have been advised that a separate Order is required.  Therefore, we have prepared a proposed separate Order and we are submitting a MS Word (.doc) version of the Order via e-mail to Judge Schiltz at schiltz_chambers@mnd.uscourts.gov.

Please contact the undersigned with any questions or concerns.

Very truly yours,

KALLAS & ASSOCIATES LTD

/s/

Michael T. Kallas
Attorney at Law

MTK/sel
Enclosures

cc:     James Anderson (w/encl.)
        Barton C. Gernander, Esq. (w/encl.; via email)
        Jack Pierce, Esq. (w/encl.; via email)

H:\LRE\A107-0601\A107-0601-0136.doc