**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| James A. Anderson, | Case No. 06-CV-5028 |
| | [PGS/JJG] |
| Plaintiff, | |
| vs. | **STIPULATION OF** |
| | **DISMISSAL WITH PREJUDICE** |
| John S. Spreiter, Mary E. Spreiter, Home State Bank, a Minnesota corporation, CJB, LLC, a Minnesota limited liability company, Banken Real Estate Investments, LLC, a Minnesota limited liability company, and Chad Banken, | **AND ORDER** |
| Defendants. | |

---

Plaintiff and Defendants, by the undersigned, their respective counsel, hereby stipulate and agree that all claims of the parties in the above-entitled action may be dismissed and that the same are hereby dismissed with prejudice and without cost or expense to any party.

KALLAS & ASSOCIATES, LTD.

Dated:     February 17, 2009         By:    /s/
                                            Michael T. Kallas, #159499
                                            4940 Viking Drive, Suite 652
                                            Edina, MN 55435
                                            Telephone: (952) 832-9352
                                       Attorneys for Plaintiff

HELLMUTH & JOHNSON, PLLC

Dated:     February 17, 2009         By:    /s/
                                            Barton C. Gernander, #26779X
                                            10400 Viking Drive, Suite 500
                                            Eden Prairie, MN 55344
                                            Telephone: (952) 941-4005
                                       Attorneys for John S. Spreiter and Mary E. Spreiter

PIERCE LAW FIRM, P.A.

Dated:     February 19, 2009              By:    /s/
                                                 Jack E. Pierce, #250557
                                                 6040 Earle Brown Drive, Suite 420
                                                 Minneapolis, MN 55430
                                                 (763) 566-7200
                                                 Attorneys for Defendants CJB, LLC,
                                                 Banken Real Estate Investments, LLC and
                                                 Chad Banken


ORDER

Pursuant to the foregoing Dismissal, the Plaintiff's claims against the Defendants in the above-entitled action are hereby dismissed with prejudice and without cost or expense to any party.

BY THE COURT:


Dated:                           , 2009

                                                 Judge of District Court


H:\LRE\A107-0601\A107-0601-0131.doc