UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAMES A. ANDERSON, | Civil No. 06-CV-5028 (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| JOHN S. SPREITER, et al., | |
| Defendants. | |

---

Based upon the Stipulation of Dismissal With Prejudice filed by the parties on February 23, 2009 [Civil Docket No. 56],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: February 23, 2009

 s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge